To the United States District Court,

My name is Preston Jerome Taylor-EL (M.S.T.O.A), also known as the rapper "Young Nyte", the one and only "King of the Lyricist". This letter will serve as the initiation of a class action lawsuit against "Securus Technologies" with myself as the First of many petitioners. This letter will also serve as a request for all of the appropriate paperwork and a request for all of the necessary Subpoena's. I have been stalling this lawsuit, because I have been going through DOC personel in an attempt to obtain copies of the contracts between ADOC & securus and inmates & securus but to no avail. Here's what's going on. About 4 to 5 years ago, maybe more, The Alabama Department of corrections contracted securus technologies to intergrate tablets into the Alabama DOC. Inmates were supposed to be able to personalize the tablets. Downloading books, movies, T.V. shows, games, music, etc, and pay for an emailing system, allow calls and incoming pictures. What we, the inmates were told, is that the movies, and T.V. shows would be temporary, that they'd stay on the tablet for 48 hours or so after purchale for viewing however, Purchases of music and games would be permenantly downloaded on the tablets for use during your entire incarceration. You would also be able to always access your picture gallery, and alway access your emails. Even if (lord forbid), we get out and come back to prison, we'd still have our music, games, pictures, and emails available to us on our securus tablets as soon as we were issued a new one. This was the appeal and the incentive for alot of the Purchasing. I, myself, have spent over 7,000 dollars in purchases. There were security issues regarding loging to devices and everybody did not have a tablet issued sometimes still so in 2024 securus had a new system that was user specific and you no longer had to pay to assign a tablet to you instead they all came assigned. The ADOC ordered one for every Inmate at every Prison plus a few extras. In 2025, Somehow securus violated the terms of it's contract with the ADOC. We were not told how, all we were told was that the contract had been violated and securus was being terminated. "ICS solutions" was contracted

to take over and integrate their system into the ADOC. The details of that service and it's features, are unsatisfactory aswell but that's irrelevant for now. We were ordered to surrender to Securus tablets to the ADOC staff, and then, issued tablets furnished by ICS solutions. Securus gave the ADOC a customer service number for inmates to call to be refunded unspent money that was still on our accounts. They said that they would not refund the spent money at all, instead, when ever we are released from prison (if we are ever released from prison because some of us won't be) they would send us a USB Flash drive that would be loaded with all of our purchased materials. Those were not the terms we agreed to. The point of the purchases was access and use while in prison! Who needs a flash drive when we get out?? I want my money! Plus some! Refund, pain and suffering, legal fees, breech of contract, false advertising, and etc. Now, what I need subpoena'd from both the ADOC and the personel board is the original Terms and Agreement between the ADOC and Securus, a copy of the Terms and agreement between Securu Technologies and inmates (they were digital, on the tablet so we did not poses copies), the original contract (with a highlight of which terms were breeched), A report from Securus on exactly how much money I spent (I've got reciepts but their total needs to at least match mine... it'll most likely exceed it), and certified statements from personel on both sides (securus and ADOC). Please scan this letter, issue a case number, subpoena the necessary documents, send all the appropriate paperwork and return a copy of this letter with the appropriate documents. Hope you respond in kind and in time. Thank you and God Bless.

Respectfully,

Dustin Jerome Israel-EL
AKA Young Nyte
07/14/26

Case 1:26-cv-00266-KD-B    Doc# 1    Filed 07/21/26    Page 3 of 3    PageID# 3

Preston Jerome Taylor-El
AKA Young Nyte
The King of the Lyricist
Fountain Work Center/Annex
~~Fountain N.F., Atmore~~ 9677 Hwy 21. N
Atmore, AL 36503

AIS# 319466

This correspondance is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

The United States District Court
Southern District of Alabama
155 St. Joseph Street
Mobile, AL 36602

US POSTAGE IMI PITNEY BOWES
FIRST-CLASS
ZIP 36502
02 7H
0006229380
$ 000.78⁰
JUL 15 2026

36602$3683 C005