**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**PRESTON JEROME TAYLOR,** *

**Plaintiff,** *

**vs.** * **CIVIL ACTION NO. 26-00266-KD-B**

**SECURUS TECHNOLOGIES,** *

**Defendant.** *

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge dated October 19, 2026 (Doc. 3) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and obey the Court's order.

**DONE** and **ORDERED** this 3rd day of **November 2026.**

**/s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**